McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $11,326.00 IN U.S. CURRENCY,<br><br>        Defendant. | 2:07-MC-00030-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

    It is hereby stipulated by and between the United States of America and claimant Robert Louis Dupras ("Claimant"), by and through their respective attorney, as follows:

    1.  On or about January 19, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $11,326.00 in U.S. Currency (the "currency"), which was seized on or about August 15, 2006.

    2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

1 to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2 and no person other than the Claimant has filed a claim to the
3 currency as required by law in the administrative forfeiture
4 proceeding.

5     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the currency
7 and/or to obtain an indictment alleging that the currency is
8 subject to forfeiture within 90 days after a claim has been filed
9 in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.

12     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
13 by agreement to extend to July 18, 2007, the time in which the
14 United States is required to file a civil complaint for forfeiture
15 against the currency and/or to obtain an indictment alleging that
16 the currency is subject to forfeiture.

17     5.  Accordingly, the parties agree that the deadline by which
18 the United States shall be required to file a complaint for
19 forfeiture against the currency and/or to obtain an indictment
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

2

alleging that the currency is subject to forfeiture shall be extended to July 18, 2007.

DATED: 4/11/07                McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney


DATED: 4/10/07                /s/ Zenia K. Gilg
                              ZENIA K. GILG
                              Attorney for Claimant Robert Louis Dupras

                              (Original signature retained by attorney)

**IT IS SO ORDERED.**

Dated:  April 20, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3