1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $11,326.00 IN U.S. CURRENCY,<br><br>     Defendant. | 2:07-MC-00030-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Robert Louis Dupras ("Claimant"), by and through their respective attorney, as follows:

1. On or about January 19, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $11,326.00 in U.S. Currency (the "currency"), which was seized on or about August 15, 2006.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

1 to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2 and no person other than the Claimant has filed a claim to the
3 currency as required by law in the administrative forfeiture
4 proceeding.

5     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the currency
7 and/or to obtain an indictment alleging that the currency is
8 subject to forfeiture within 90 days after a claim has been filed
9 in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.

12     4.   By Stipulation and Order filed April 23, 2007, the parties
13 stipulated to extend to July 18, 2007, the time in which the United
14 States is required to file a civil complaint for forfeiture against
15 the currency and/or to obtain an indictment alleging that the
16 currency is subject to forfeiture.

17     5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
18 by agreement to further extend to October 16, 2007, the time in
19 which the United States is required to file a civil complaint for
20 forfeiture  against the currency and/or to obtain an indictment
21 alleging that the currency is subject to forfeiture.

22     6.   Accordingly, the parties agree that the deadline by which
23 the United States shall be required to file a complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 ///
26 ///
27 ///
28

2

1 alleging that the currency is subject to forfeiture shall be
2 extended to October 16, 2007.

3 DATED: 7/10/07                     McGREGOR W. SCOTT
                                     United States Attorney
4
                                     /s/ Michael M. Beckwith
5                                    MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney
6

7

8 DATED: 7/11/07                     /s/ Zenia K. Gilg
                                     ZENIA K. GILG
9                                    Attorney for Claimant Robert Louis
                                     Dupras
10
                                     (Original signature retained by
11                                   attorney)

12
   **IT IS SO ORDERED.**
13

14 Dated:  July 24, 2007

15

16                                   _____
                                     GARLAND E. BURRELL, JR.
17                                   United States District Judge

3