McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $11,326.00 IN U.S. CURRENCY,<br><br>           Defendant. | 2:07-MC-00030-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Robert Louis Dupras ("Claimant"), by and through their respective attorney, as follows:

1.  On or about January 19, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $11,326.00 in U.S. Currency (the "currency"), which was seized on or about August 15, 2006.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

1  to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the Claimant has filed a claim to the
3  currency as required by law in the administrative forfeiture
4  proceeding.
5     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the currency
7  and/or to obtain an indictment alleging that the currency is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12    4.  By Stipulation and Order filed April 23, 2007, the parties
13 stipulated to extend to July 18, 2007, the time in which the United
14 States is required to file a civil complaint for forfeiture against
15 the currency and/or to obtain an indictment alleging that the
16 currency is subject to forfeiture.
17    5.  By Stipulation and Order filed July 24, 2007, the parties
18 stipulated to extend to October 16, 2007, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the currency and/or to obtain an indictment alleging that
21 the currency is subject to forfeiture.
22    6.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
23 by agreement to further extend to January 14, 2008, the time in
24 which the United States is required to file a civil complaint for
25 forfeiture against the currency and/or to obtain an indictment
26 alleging that the currency is subject to forfeiture.
27
28

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to January 14, 2008.

DATED: 10/5/07                      McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


DATED: 10/5/07                      /s/ Zenia K. Gilg
                                    ZENIA K. GILG
                                    Attorney for Claimant Robert Louis
                                    Dupras

                                    (Original signature retained by
                                    attorney)

**IT IS SO ORDERED.**

Dated:  October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3