1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $11,326.00 IN U.S. CURRENCY,<br><br>        Defendant. | 2:07-MC-00030-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

It is hereby stipulated by and between the United States of America and claimant Robert Louis Dupras ("Claimant"), by and through their respective attorney, as follows:

    1.  On or about January 19, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $11,326.00 in U.S. Currency (the "currency"), which was seized on or about August 15, 2006.

    2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.  By Stipulation and Order filed April 23, 2007, the parties stipulated to extend to July 18, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.  By Stipulation and Order filed July 24, 2007, the parties stipulated to extend to October 16, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6.  By Stipulation and Order filed October 19, 2007, the parties stipulated to extend to January 14, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 14, 2008, the time in which

1  the United States is required to file a civil complaint for
2  forfeiture against the currency and/or to obtain an indictment
3  alleging that the currency is subject to forfeiture.
4      8.  Accordingly, the parties agree that the deadline by which
5  the United States shall be required to file a complaint for
6  forfeiture against the currency and/or to obtain an indictment
7  alleging that the currency is subject to forfeiture shall be
8  extended to April 14, 2008.

DATED: 1/10/08                McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney


DATED: 1/10/08                /s/ Zenia K. Gilg
                              ZENIA K. GILG
                              Attorney for Claimant Robert Louis
                              Dupras

                              (Original signature retained by
                              counsel)


**IT IS SO ORDERED.**

Dated:   January 11, 2008

                              /s/ Garland E. Burrell Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

3